PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:02CR00399-01** |
| ) | |
| **PEDRO C.SANCHEZ** ) | |
| ) | |

On March 12, 2003, the above-named was placed on probation for a period of five years and ordered to pay $62,289.25 restitution.  He has complied with the rules and regulations of supervision and satisfied the restitution order.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**

Dated:        April 11, 2006
              Sacramento, California
              KMM/jz


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**


Rev. 03/2005
PROB35.MRG

**Re:   Pedro C. SANCHEZ**
**      Docket Number:   2:02CR00399-01**
**      ORDER TERMINATING PROBATION**
**      PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

**Date: April 11, 2006**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation
cc:   United States Attorney's Office

Rev. 03/2005
PROB35.MRG